UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 11-37148 |
| | ) |
| PANINE, VLADIMIR | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 11, 2012 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 11, 2012                              By:   /s/  Richard M. Fogel
                                                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: PANINE, VLADIMIR | § Case No. 11-37148 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.00 |
| *and approved disbursements of* | $ 129.69 |
| *leaving a balance on hand of* [1] | $ 14,870.31 |
| **Balance on hand:** | $ 14,870.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,870.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,250.00 | 0.00 | 2,250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,250.00 |
| Remaining balance: | $ 12,620.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 12,620.31 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,620.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,380,639.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Christopher Gencheff | 740,275.85 | 0.00 | 3,924.37 |
| 2 | Commerce Bank | 12,059.08 | 0.00 | 63.93 |
| 3 | FIA CARD SERVICES, N.A. | 77,073.74 | 0.00 | 408.59 |
| 4 | American Express Bank, FSB | 529.07 | 0.00 | 2.80 |
| 5 | American Express Bank, FSB | 125.25 | 0.00 | 0.66 |
| 6 | American Enterprise Bank | 1,550,576.91 | 0.00 | 8,219.96 |

Total to be paid for timely general unsecured claims: $ 12,620.31
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                            Case No. 11-37148-CAD
Vladimir Panine                                                   Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen              Page 1 of 3                   Date Rcvd: Jun 11, 2012
                              Form ID: pdf006           Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2012.
db           Vladimir Panine,    2227 North Janssen Ave,    Chicago, IL 60614-3017
17786936    +Allied Realty Corporation,    5214 North Western Ave,    Suite 100,   Chicago, IL 60625-2588
17786938    +American Education Services,    Harrisburg, PA 17130-0001
17786939   +++American Enterprise Bank,   c/o Robert F. Rabin,   Thompson Coburn LLP,    55 E Monroe St 37th FL,
              Chicago, IL 60603-6029
17786940     American Express,    POB 0001,   Los Angeles, CA 90096-8000
18017125     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17786941    +American United Bank & Trust,    36044 N. Brookside Drive,    Gurnee, IL 60031-1678
17786942    +Arnstein & Lehr,    120 S Riverside Plaza,    Suite 1200,   Chicago, IL 60606-3910
17786943     Bank of America,    POB 851001,   Dallas, TX 75285-1001
17786945    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
17786948    +Chase,   PO Box 9001020,    Louisville, KY 40290-1020
17786946    +Chase,   PO Box 9001123,    Louisville, KY 40290-1123
17786947    +Chase,   3415 Vision Drive,    Columbus, OH 43219-6009
17786949    +Chase Na,   4915 Independence Parkway,    Tampa, FL 33634-7518
17786950    +Chase-Pier,   Po Box 15298,    Wilmington, DE 19850-5298
17786951    +Christopher A Gencheff, MD,    515 Woodward Drive,    Madison, WI 53704-1531
17819582    +Christopher Gencheff,   C/o Debra Devassy Babu,    Askounis & Darcy, PC,
              401 N. Michigan Avenue, Suite 550,    Chicago, IL 60611-5523
17786954    +Cosmetic Dermatology & Surgery, PC,    6440 Grand Ave,    Gurnee, IL 60031-5259
17786955    +Designer Direct, Inc,    d/b/a Levin Associates Architects,,   1455 East Golf Road,
              Des Plaines, IL 60016-1254
17817839    +Dr. Christopher A. Gencheff,    c/o Debra Devassy Babu,    Askounis & Darcy, PC,
              401 North Michigan Avenue Suite 550,    Chicago, IL 60611-5523
17786956    +Dr.Christopher A. Gencheff,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
              401 North Michigan Avenue Suite 550,    Chicago, IL 60611-5523
17786957    +Eric T. Johnson,    Attorney at Law,   1455 East Golf Road #202,    Des Plaines, IL 60016-1254
17942654     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17786959    +Gurnee ACC, LLC,    c/o The Broe Group,   252 Clayton Street,    2nd Floor,   Denver, CO 80206-4800
17786961    +Henry Schein,   135 Duryea Road,    Melville, NY 11747-3834
17786962    +Hsbc/Mnrds,   90 Christiana Rd,    New Castle, DE 19720-3118
17786963    +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
17786966     ISMIE Mutual,    PO Box 4858,   Chicago, IL 60680-4858
17786965    +Insite Properties, Inc- Attn - Mang,    252 Clayton Street,    2nd Floor,   Denver, CO 80206-4800
17786967     Kelly-Jo Johnson,    State of Illinois Disbursement Unit,    PO BOX 5921,
              Carol Stream, IL 60197-5921
17786970    +MISDU,   PO Box 30351,    Lansing, MI 48909-7851
17786968    #+Madison Hair Transplant Clinic,    2830 Dryden Drive,    Madison, WI 53704-3097
17786971    +Nextel Westcorp,    c/o Richard Warris, Registered Agen,    Pretzel & Stouffer   #2500,
              One South Wacker Drive,    Chicago, IL 60606-4638
17786972    +P. JEROME JAKUBCO, Agent,    2224 W IRVING PARK RD,    Chicago, IL 60618-3806
17786973    +Patterson Office Supplies,    27101 Network Place,    Chicago, IL 60673-1271
17786974    +Peoples Utility,    130 E. Randolph Drive,    Chicago, IL 60601-6207
17786975    +Robert Rabin,    Thompson Coburn LLP,   55 East Monroe Street,    37th Floor,
              Chicago, IL 60603-6029
17786976    +Sherman Plaza,   c/o Don Bruns,    1865 North Port Drive,    Suite B,   Madison, WI 53704-3089
17786978     State of Illinois,    Illinois State Disbursement Unit,    PO Box 5921,
              Carol Stream, IL 60197-5921
17786935    +Stuart Rosenberg,    2935 Hartzell Street,    Wilmette, IL 60091-3036
17786980    +T Mobile,   PO Box 742596,    Cincinnati, OH 45274-2596
17786981    +Triton Partners, LLC,    2725 N THATCHER,    River Grove, IL 60171-3110
17786983    +Wfnnb/Tsa,   Po Box 2974,    Shawnee Mission, KS 66201-1374
17786984    +Wfnnb/Valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17940691     E-mail/Text: bankruptcy@commercebank.com Jun 12 2012 04:22:06      Commerce Bank,   P O BOX 419248,
              KCREC-10,   Kansas City, MO 64141-6248
17786952     E-mail/Text: bankruptcy@commercebank.com Jun 12 2012 04:22:06      Commerce Bank,   POB 8060000,
              Kansas City, MO 64180-6000
17786958    +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2012 02:23:19      Gemb/Jcp,   Po Box 984100,
              El Paso, TX 79998-4100
17786964    +E-mail/Text: Bankruptcy@icsystem.com Jun 12 2012 04:26:47      I C System Inc,    Po Box 64378,
              Saint Paul, MN 55164-0378
18125695     E-mail/Text: ECF@SHERMETA.COM Jun 12 2012 04:44:20      JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI  48308-0908
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17786953     Cosmetic Dermatology & Surgery, PC
17786982     Triton Partners, LLC
```

```
District/off: 0752-1           User: rgreen              Page 2 of 3              Date Rcvd: Jun 11, 2012
                               Form ID: pdf006          Total Noticed: 49

17786937*     +Allied Realty Corporation,    5214 North Western Ave,    Suite 100,    Chicago, IL 60625-2588
18017126*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17786960*     +Gurnee ACC, LLC,    c/o The Broe Group,    252 Clayton Street,    2nd Floor,    Denver, CO 80206-4800
18144196*      JPMorgan Chase Bank, N.A.,    c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,
                Rochester Hills, MI   48308-0908
17786969*     +Madison Hair Transplant Clinic,    2830 Dryden Drive,    Madison, WI 53704-3097
17786977*     +Sherman Plaza,    c/o Don Bruns,    1865 North Port Drive,    Suite B,    Madison, WI 53704-3089
17786979*     +Stuart Rosenberg,    2935 Hartzell Street,    Wilmette, IL 60091-3036
17786944   ##+Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                              TOTALS: 2, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3              Date Rcvd: Jun 11, 2012
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2012 at the address(es) listed below:

        Christopher R Murphy    on behalf of Creditor  Bank of America, National Association cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
        Deborah K Ebner    on behalf of Debtor Vladimir Panine dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
        Debra R Devassy    on behalf of Creditor Christopher Gencheff ddevassy@askounisdarcy.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
        Thomas V Askounis    on behalf of Creditor Christopher Gencheff taskounis@askounisdarcy.com, jburt@askounisdarcy.com

        TOTAL: 6

Case 11-37148   Doc 35   Filed 06/11/12   Entered 06/13/12 23:42:46   Desc Imaged
Certificate of Notice    Page 7 of 7