**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: PANINE, VLADIMIR § Case No. 11-37148
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,250,785.53                    Assets Exempt:  $323,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,620.31         Claims Discharged
                                                    Without Payment: $4,095,886.13

Total Expenses of Administration: $2,379.69

3) Total gross receipts of $     15,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $942,638.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,379.69 | 2,379.69 | 2,379.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,353,444.87 | 2,380,639.90 | 2,380,639.90 | 12,620.31 |
| **TOTAL DISBURSEMENTS** | $4,296,082.87 | $2,383,019.59 | $2,383,019.59 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on September 12, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2012    By: /s/RICHARD M. FOGEL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% ownership of Cosmetic Dermatology & Surgery | 1129-000 | 12,805.00 |
| 2001 BMW X-5 - 220,000 miles ; | 1129-000 | 2,195.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 942,638.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$942,638.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 4.69 | 4.69 | 4.69 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $2,379.69 | $2,379.69 | $2,379.69 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State of Illinois Illinois State Disbursement Unit | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Christopher Gencheff | 7100-000 | unknown | 740,275.85 | 740,275.85 | 3,924.37 |
| 2 | Commerce Bank | 7100-000 | 11,792.52 | 12,059.08 | 12,059.08 | 63.93 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 77,073.74 | 77,073.74 | 77,073.74 | 408.59 |
| 4 | American Express Bank, FSB | 7100-000 | 529.07 | 529.07 | 529.07 | 2.80 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 125.25 | 125.25 | 0.66 |
| 6 | American Enterprise Bank | 7100-000 | 1,536,183.00 | 1,550,576.91 | 1,550,576.91 | 8,219.96 |
| NOTFILED | I C System Inc | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Madison Hair Transplant Clinic | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Mnrds | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc/Rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nextel Westcorp c/o Richard Warris, Registered Agen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Henry Schein | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peoples Utility | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Patterson Office Supplies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Tsa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Triton Partners, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gurnee ACC, LLC c/o The Broe Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Valucityroomstod | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stuart Rosenberg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Plaza c/o Don Bruns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Na | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Illinois Illinois State Disbursement Unit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Realty Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Education Services | 7100-000 | 4,171.23 | N/A | N/A | 0.00 |
| NOTFILED | Chase-Pier | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American United Bank & Trust | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arnstein & Lehr | 7100-000 | 11,890.75 | N/A | N/A | 0.00 |
| NOTFILED | Designer Direct, Inc d/b/a Levin Associates Architects, | 7100-000 | 1,711,425.56 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,353,444.87 | $2,380,639.90 | $2,380,639.90 | $12,620.31 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37148  
**Case Name:** PANINE, VLADIMIR  

**Period Ending:** 08/27/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 09/12/11 (f)  
**§341(a) Meeting Date:** 10/11/11  
**Claims Bar Date:** 01/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Residence - 2227 North Janssen Ave Chicago, Illi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 950,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | J. P. Morgan Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85.53 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous items of heavily used furnishings<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Miscellaneous items of used clothing - value ref<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | OA | 0.00 | FA |
| 5 | Retirement Savings - Alan Dubrow; Wells Fargo Ad<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 100% ownership of Cosmetic Dermatology & Surgery<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | Unknown | Unknown | | 12,805.00 | FA |
| 7 | 2001 BMW X-5 - 220,000 miles ;<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 4,595.00 | 2,195.00 | | 2,195.00 | FA |
| 7   Assets    Totals (Excluding unknown values) | $1,255,380.53 | $2,195.00 | | $15,000.00 | $0.00 |

RE PROP# 6    Trustee authorized to sell estate's interest to debtor per o/c 11-29-11  
RE PROP# 7    Trustee authorized to sell estate's interest to debtor per o/c 11-29-11

**Major Activities Affecting Case Closing:**

    Trustee collecting installment payments for sale of non-exempt personal property

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-37148
**Case Name:** PANINE, VLADIMIR

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 09/12/11 (f)
**§341(a) Meeting Date:** 10/11/11

**Period Ending:** 08/27/12

**Claims Bar Date:** 01/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2013          **Current Projected Date Of Final Report (TFR):**   June 11, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-37148  
**Case Name:** PANINE, VLADIMIR  

**Taxpayer ID #:** **-***7673  
**Period Ending:** 08/27/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/11 | | DEBORAH K. EBNER IOLTA ACCOUNT | Initial payment per o/c 11-29-11 | | 2,500.00 | | 2,500.00 |
| | {7} | | 2,195.00 | 1129-000 | | | 2,500.00 |
| | {6} | | 305.00 | 1129-000 | | | 2,500.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,475.00 |
| 01/05/12 | {6} | DEBORAH EBNER fbo VLADIMIR PANINE | Installment payment | 1129-000 | 2,500.00 | | 4,975.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 02/06/12 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 4.69 | 4,945.31 |
| 02/08/12 | {6} | COSMETIC DERMATOLOGY & SURGERY P.C. | Installment payment | 1129-000 | 2,500.00 | | 7,445.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,420.31 |
| 03/01/12 | {6} | COSMETIC DERMATOLOGY & SURGERY | Installment payment | 1129-000 | 2,500.00 | | 9,920.31 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,895.31 |
| 04/03/12 | {6} | COSMETIC DERMATOLOGY & SURGERY | Installment payment | 1129-000 | 2,500.00 | | 12,395.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,370.31 |
| 05/15/12 | {6} | COSMETIC DERMATOLOGY | Final payment | 1129-000 | 2,500.00 | | 14,870.31 |
| 07/12/12 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 12,620.31 |
| 07/12/12 | 103 | Christopher Gencheff | 0.53% dividend on Claim # 1, Ref: | 7100-000 | | 3,924.37 | 8,695.94 |
| 07/12/12 | 104 | Commerce Bank | 0.53% dividend on Claim # 2, Ref: XXXX4497 | 7100-000 | | 63.93 | 8,632.01 |
| 07/12/12 | 105 | FIA CARD SERVICES, N.A. | 0.53% dividend on Claim # 3, Ref: XXXX8799 | 7100-000 | | 408.59 | 8,223.42 |
| 07/12/12 | 106 | American Express Bank, FSB | 0.53% dividend on Claim # 4, Ref: X-X2006 | 7100-000 | | 2.80 | 8,220.62 |
| 07/12/12 | 107 | American Express Bank, FSB | 0.53% dividend on Claim # 5, Ref: | 7100-000 | | 0.66 | 8,219.96 |
| 07/12/12 | 108 | American Enterprise Bank | 0.53% dividend on Claim # 6, Ref: | 7100-000 | | 8,219.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

{} Asset reference(s)

Printed: 08/27/2012 03:03 PM    V.13.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-37148 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PANINE, VLADIMIR | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***7673 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/27/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******57-66** | **15,000.00** | **15,000.00** | **0.00** |
| | **$15,000.00** | **$15,000.00** | **$0.00** |

{} Asset reference(s)                                                                                                                                 Printed: 08/27/2012 03:03 PM    V.13.03